IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCVNGR, INC. d/b/a LEVELUP,<br><br>               Plaintiff;<br><br>    v.<br><br>DAILYGOBBLE, INC. d/b/a RELEVANT,<br><br>               Defendant. | Civil Action No. 17-1857-RGA |

## ORDER

For the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Count II Without Prejudice (D.I. 109) is **GRANTED**.

Entered this 2 day of October, 2018.

/s/ Richard G. Andrews
United States District Judge